**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Francisco MONTEZ, Defendant–Appellant.**

No. 06–40315
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 13, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

David Cano, Corpus Christi, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Francisco Montez appeals his sentence for conspiracy to possess with intent to distribute more than 100 kilograms of marijuana. Montez argues that the evidence is insufficient to support sentence enhancements imposed for obstruction of justice and for his role in the offense. Montez's arguments are not reviewable on appeal because he waived both issues at sentencing. *United States v. Musquiz*, 45 F.3d 927, 931 (5th Cir.1995). Accordingly, the

judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

